IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00566-WDM-KLM

BAYVIEW LOAN SERVICING, LLC, a Delaware limited liability company,

    Plaintiff,

v.

DAVID J. BOLAND,
DAVID CORSENTINO,
JOHN MORGAN,
ALL IN ONE ENTERPRISES, LLC, a Colorado limited liability company,
MATT MORGAN,
ADVANCED INVESTMENTS, LLC, a Colorado limited liability company,
JASON PANKOSKI, and
MICHAEL VALDEZ,

    Defendant(s).
_____

## ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Complaint** [Docket No. 23; Filed June 6, 2008] (the "Motion").

    Plaintiff requests leave to Amend its Complaint to join and add claims against Wyco Equities, Inc., a Wyoming corporation and its president, Floyd Legerski. Fed.R.Civ.P. 15(a) provides for liberal amendment of pleadings. Leave to amend is discretionary with the court. *Foman v. Davis*, 371 U.S. 178, 182 (1962); *Viernow v. Euripides Devel. Corp.*, 157 F.3d 785, 799 (10th Cir. 1998). Amendment under the rule has been freely granted. *Castleglenn, Inc. v. Resolution Trust Company*, 984 F.2d 1571 (10th Cir. 1993) (internal citations omitted). "Refusing leave to amend is generally only justified upon a showing of undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to

cure deficiencies by amendments previously allowed, or futility of amendment." *Frank v. U.S. West, Inc.*, 3 F.3d 1357, 1365 (10th Cir. 1993).

Plaintiff has certified that Defendants do not oppose the Motion to Amend the Complaint. The Court finds that there has been no showing of undue delay, prejudice, bad faith or dilatory motive.

Accordingly, IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Plaintiff's Amended Complaint [Docket No. 23-2; Filed June 6, 2008] is **accepted for filing** as of the date of this Order.

IT IS FURTHER **ORDERED** that those Defendants who have entered an appearance shall answer or otherwise respond to the First Amended Complaint on or before **June 19, 2008**.

IT IS FURTHER **ORDERED** that Plaintiff shall serve the First Amended Complaint on any remaining Defendants on or before **July 15, 2008**.

BY THE COURT:

__s/ Kristen L. Mix_____

United States Magistrate Judge

Dated: June 9, 2008