IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00566-WDM-KLM

BAYVIEW LOAN SERVICING, LLC, a Delaware limited liability company,

    Plaintiff,

v.

DAVID J. BOLAND,
DAVID CORSENTINO,
JOHN MORGAN,
ALL IN ONE ENTERPRISES, LLC, a Colorado limited liability company,
MATT MORGAN,
ADVANCED INVESTMENTS, LLC, a Colorado limited liability company,
JASON PANKOSKI, and
MICHAEL VALDEZ,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **"Unopposed" Motion to Extend Deadlines in Scheduling Order** [Docket No. 56; Filed September 15, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order is modified as follows:

    The deadline to designate experts is **November 14, 2008**.

    The deadline to designate rebuttal experts is **December 15, 2008**.

    The discovery deadline is **February 16, 2009**.

    The dispositive motions deadline is **March 16, 2009**.

    The deadline to serve interrogatories and requests for production of documents is **January 15, 2009**.

    Dated: September 16, 2008