IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00566-WDM-KLM

BAYVIEW LOAN SERVICING, LLC, a Delaware limited liability company,

    Plaintiff,

v.

DAVID J. BOLAND,
DAVID CORSENTINO,
JOHN MORGAN,
ALL IN ONE ENTERPRISES, LLC, a Colorado limited liability company,
MATT MORGAN,
ADVANCED INVESTMENTS, LLC, a Colorado limited liability company,
JASON PANKOSKI, and
MICHAEL VALDEZ,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant Boland's Motion for Leave of Court Order Requiring Client Attendance at Settlement Conference** [Docket No. 58; Filed September 16, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Defendant Boland is granted leave to be absent from the Settlement Conference currently set for September 23, 2008, but is directed to remain available by telephone should his counsel need to contact him.

    Dated: September 17, 2008