IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00566-WDM-KLM

BAYVIEW LOAN SERVICING, LLC, a Delaware limited liability company,

    Plaintiff,

v.

DAVID J. BOLAND,
DAVID CORSENTINO,
JOHN MORGAN,
ALL IN ONE ENTERPRISES, LLC, a Colorado limited liability company,
MATT MORGAN,
ADVANCED INVESTMENTS, LLC, a Colorado limited liability company,
JASON PANKOSKI, and
MICHAEL VALDEZ,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Contempt** [Docket No. 50; Filed September 3, 2008] (the "Motion for Contempt").

    Plaintiff has requested that this Court issue a citation of contempt against non-party Alicia Ware for her failure to respond to a subpoena issued against her by Plaintiff on July 31, 2008. *Motion for Contempt* [#50] at 2. Plaintiff served a copy of the Motion for Contempt on Defendants, but does not certify Ms. Alicia Ware has been served with the Motion. *See Certificate of Service* [#50] at 4. Due process requires that a party facing contempt proceedings receive both reasonable notice and an opportunity to be heard. *See, e.g., F.T.C. v. Kuykendall*, 371 F.3d 745, 754 (10th Cir. 2004). It does not appear that Ms. Ware has received either.

    Accordingly, IT IS HEREBY **ORDERED** that the Motion for Contempt is **DENIED WITHOUT PREJUDICE** for failure to serve the Motion on the individual whom Plaintiff seeks to hold in contempt.

    Dated: September 24, 2008