IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 08-cv-00566-WDM-KLM

BAYVIEW LOAN SERVICING, LLC.,

    Plaintiff,

v.

DAVID J. BOLAND, et al.,

    Defendants.

_____

## MINUTE ORDER
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendants Wyco Equities and Floyd Legerski's motion to dismiss (doc. no. 34) is mooted by the filing of doc. no. 55.

Dated:  March 18, 2009

                                        s/ Jane Trexler, Judicial Assistant