IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00566-WDM-KLM

BAYVIEW LOAN SERVICING, LLC, a Delaware limited liability company,

      Plaintiff,

v.

DAVID J. BOLAND,
DAVID CORSENTINO,
JOHN MORGAN,
ALL IN ONE ENTERPRISES, LLC, a Colorado limited liability company,
MATT MORGAN,
ADVANCED INVESTMENTS, LLC, a Colorado limited liability company,
JASON PANKOSKI, and
MICHAEL VALDEZ,
WYCO EQUITIES, INC., a Wyoming corporation, and
FLOYD LEGERSKI,

      Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      The matter is before the Court is the **Unopposed Motion to Withdraw as Counsel of Record for Defendants David Boland, David Corsentino and Michael Valdez** [Docket# 128; Filed March 31, 2009] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The law firm of Ogden, Summerlin and Ogborn, LLC is relieved of any further representation of Defendants David Boland, David Corsentino and Michael Valdez in the above-captioned matter. The Clerk is instructed to terminate Ogden, Summerlin and Ogborn, LLC as attorney of record and to remove the firm's name from the electronic certificate of mailing.  **Plaintiffs are reminded that as *pro se* litigants, they are responsible for complying with all Court deadlines.**

Dated:  April 1, 2009