IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00566-WDM-KLM

BAYVIEW LOAN SERVICING, LLC, a Delaware limited liability company,

    Plaintiff,

v.

DAVID J. BOLAND,
DAVID CORSENTINO,
JOHN MORGAN,
ALL IN ONE ENTERPRISES, LLC, a Colorado limited liability company,
MATT MORGAN,
ADVANCED INVESTMENTS, LLC, a Colorado limited liability company,
JASON PANKOSKI,
MICHAEL VALDEZ,
WYCO EQUITIES, INC., a Wyoming corporation, and
FLOYD LEGERSKI,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Compel Production of Documents by Defendants Wyco Equities, Inc. and Floyd Legerski** [Docket No. 199; Filed November 9, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice** for failure to comply with a Court Order.  In the August 6, 2009 Order on Motion to Compel, the Court stated that "[n]o further opposed discovery motions are to be filed with the Court until the parties comply with D.C.COLO.LCivR. 7.1(A).  If the parties are unable to reach agreement on a discovery issue after conferring, they shall arrange a conference call with the Court to attempt to resolve the issue. Both of these steps must be completed before any contested discovery motions are filed with the Court." [Docket No. 167].  The parties have not complied with this directive.

Dated:  November 12, 2009