IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00566-WDM-KLM

BAYVIEW LOAN SERVICING, LLC, a Delaware limited liability company,

    Plaintiff,

v.

DAVID J. BOLAND,
DAVID CORSENTINO,
JOHN MORGAN,
ALL IN ONE ENTERPRISES, LLC, a Colorado limited liability company,
MATT MORGAN,
ADVANCED INVESTMENTS, LLC, a Colorado limited liability company,
JASON PANKOSKI, and
MICHAEL VALDEZ,
WYCO EQUITIES, INC., a Wyoming corporation, and
FLOYD LEGERSKI,

    Defendants.
_____

### MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion to Amend Minute Order Dated March 19, 2009** [Docket No. 216; Filed January 6, 2010] ("Motion No. 216") and Defendants' **Amended Motion to Withdraw** [Docket No. 218; Filed January 6, 2010] ("Motion No. 218").

    On March 19, 2009, Defendants' counsel filed an Unopposed Motion to Withdraw [Docket No. 118] ("Motion No. 118") in which attorneys David Donder Pavek, Ryan George Clement, and Audrey Kristina Eglajs requested permission to withdraw from further representation of Defendants.  The Order granting that motion did not also grant permission to David Donder Pavek to withdraw [Docket No. 121].  In Motion No. 216, Defendants request that the Court amend that order.  Defense counsel filed Motion No. 218 to clarify that they are requesting that Attorney David Donder Pavek be allowed to withdraw from representation of all defendants, including Defendant Matt Morgan who was not listed in Motion No. 216.  Accordingly,

    IT IS HEREBY **ORDERED** that Motion No. 216 is **GRANTED**.

IT IS **FURTHER ORDERED** that Motion No. 218 is **GRANTED**. Attorney David Donder Pavek is relieved of any further representation of Defendants John Morgan, Matt Morgan, All in One Enterprises, LLC, and Advanced Investments, LLC (the "Defendants") in the above captioned matter. The Clerk's Office is instructed to terminate David Donder Pavek from the electronic certificate of mailing.

Dated:  January 7, 2010