IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-566-WDM-KLM

BAYVIEW LOAN SERVICING, LLC, a Delaware limited liability company,

    Plaintiff,

v.

DAVID J. BOLAND,
DAVID CORSENTINO,
JOHN MORGAN
ALL IN ONE ENTERPRISES, LLC, a Colorado limited liability company,
MATT MORGAN,
ADVANCED INVESTMENTS, LLC, a Colorado limited liability company,
JASON PANKOSKI, and
MICHAEL VALDEZ,
WYCO EQUITIES, INC., a Wyoming corporation, and
FLOYD LEGERSKI.,

    Defendants.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

This matter is before me on the recommendation of Magistrate Judge Kristen L. Mix issued August 26, 2010 (ECF No. 248), on Defendants Wyco Equities, Inc. and Floyd Legerski's Motion for Contempt against Defendant Jason Pankoski (ECF No. 240) ("the Motion") pursuant to 28 U.S.C. § 636(b)(1)(A) and D.C. COLO.LCivR 72.1.C.

Plaintiff has not objected to this recommendation and is not entitled to *de novo* review. 28 U.S.C. § 636(b).

I have reviewed the recommendation and agree with its analysis.

Accordingly, it is ordered:

1. The recommendation issued August 26, 2010, by Magistrate Judge Mix is accepted.

2. Mr. Pankoski shall appear before me to show cause why he should not be adjudged in contempt of court on Thursday, November 18, 2010 at 10:00 a.m. at the Alfred A. Arraj United States Courthouse, 901 19th Street, Courtroom A902, Denver, Colorado.

DATED at Denver, Colorado, this 18th day of October, 2010.

BY THE COURT

s/ Walker D. Miller

_____
Walker D. Miller
Senior United States District Judge