IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-00566-WDM-KLM

BAYVIEW LOAN SERVICING, LLC,

    Plaintiff,

v.

DAVID J. BOLAND, et al.,

    Defendants.

---

## NOTICE OF DISMISSAL

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal with Prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, the complaint is dismissed with prejudice against Wyco Equities, Inc and Floyd Legerski, as well as counterclaim defendant IB Property Holdings, LLC, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on December 1, 2010.

                                                               BY THE COURT:

                                                               s/ Walker D. Miller
                                                               United States Senior District Judge