IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 08-cv-00566-WDM-KLM

WYCO EQUITIES, INC., a Wyoming corporation, on behalf of itself and as assignee of BAYVIEW LOAN SERVICING, LLC.,

    Plaintiff,

v.

DAVID J. BOLAND, et al.,

    Defendants.
_____

## MINUTE ORDER
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Hearing on the civil contempt issue (2 hours) is rescheduled to **February 7, 2011, at 2:00 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated:  January 5, 2011

                                        s/ Jane Trexler, Judicial Assistant