IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00566-WDM-KLM

WYCO EQUITIES, INC., a Wyoming corporation, on behalf of itself and as assignee of BAYVIEW LOAN SERVICING, LLC, a Delaware limited liability company,

Plaintiff,

vs.

DAVID J. BOLAND,
DAVID CORSENTINO,
JOHN MORGAN,
ALL IN ONE ENTERPRISES, LLC, a Colorado limited liability company,
MATT MORGAN,
ADVANCED INVESTMENTS, LLC, a Colorado limited liability company,
JASON PANKOSKI,
MICHAEL VALDEZ,
DANNY DEGRANDE, and
DEGRANDE PROPERTIES, LLC,

Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE PLAINTIFF'S CLAIMS AGAINST DEFENDANTS JOHN MORGAN, ALL IN ONE ENTERPRISES, LLC, MATT MORGAN, ADVANCED INVESTMENTS LLC, DANNY DEGRANDE, AND DEGRANDE PROPERTIES, LLC**

---

THIS MATTER comes before the Court upon the Plaintiff's UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE PLAINTIFF'S CLAIMS AGAINST DEFENDANTS JOHN MORGAN, ALL IN ONE ENTERPRISES, LLC, MATT MORGAN, ADVANCED INVESTMENTS LLC, DANNY DEGRANDE, AND DEGRANDE PROPERTIES, LLC ("Motion"). The Court having reviewed the Motion and being fully

advised in the premises hereby ORDERS that the Motion is GRANTED. The Court further ORDERS:

1. All claims and cross-claims against Defendants John Morgan, All In One Enterprises, LLC, Matt Morgan, Advanced Investments LLC, Danny Degrande, and Degrande Properties, LLC are hereby DISMISSED WITHOUT PREJUDICE.

DATED: *March 10*, 2011

BY THE COURT:

United States District Court Judge