IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.      08-cv-00566-WDM-KLM

WYCO EQUITIES, INC., A Wyoming corporation, on behalf of itself and as assignee of BAYVIEW LOAN SERVICING, LLC.,

    Plaintiff,

v.

DAVID J. BOLAND, et al.,

    Defendants.
_____

**ORDER FOR ADMINISTRATIVE CLOSURE**
_____

The parties have advised the court that this case has been settled but will take significant time to coordinate the settlement. In these circumstances, this case is administratively closed in accordance with D.C.COLO.LCivR 41.2, subject to reopening for good cause. If the parties do not file a stipulation for dismissal with prejudice or a motion to reopen this case for good cause on or before September 30, 2011, this case shall be automatically dismissed without prejudice.

DATED at Denver, Colorado, on March 28, 2011.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

PDF FINAL